AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 23-610 (m) | Date and time warrant executed: 06/02/2023  12:00 | Copy of warrant and inventory left with: |
| Inventory made in the presence of: CBPO Jovani Pantaleon | | |
| Inventory of the property taken: 2018 Bugatti Chiron  VIN: VF9SP3V34Jm795083 | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/02/2023

_____
Executing officer's signature

Andrew Appelbaum / Special Agent
Printed name and title