# STATE OF MONTANA

## DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION
## CERTIFICATE OF TITLE

CJB375

| Title Nbr | Year | Make | Model | Extended Model | Style | NCIC Vehicle Type | Unladen Weight/Material |
|---|---|---|---|---|---|---|---|
| AA5819656 | 2018 | Bugatti | Chiron | | 4D | PC | 4400 |

| VIN/HIN | MT Boat Nbr | Ton Code/Propulsion Type | Odometer | | Vehicle Nbr |
|---|---|---|---|---|---|
| VF9SP3V34JM795083 | | | 3690 Miles Actual as of 12/13/2021 | | 5162286 |

| Brand | Title Issue Date | Vehicle Sale Date | Transfer Reason | Attribute | Owner Tracking Nbr | Fleet Nbr |
|---|---|---|---|---|---|---|
| | 12/22/2021 | 12/13/2021 | OOS Title Transfer | | | |

**Owner Name and Address**

Golden Exotics LLC
822 E Park Ave
Ste 101
Anaconda  MT  59711
Customer Number: 4693220

This vehicle/vessel is subject to the following security interest(s):

Mail To:
**Golden Exotics LLC
PO Box 1840
Helena  MT  59624-1840**

The vehicle/vessel may be subject to other security interests.

As the Registered Owner of the above vehicle, I transfer all right, title and interest to the vehicle to the following person, as of the date below:

Print name of buyer, whether individual or business

Date of Transfer (delivery of vehicle)

Buyer's Street Address     City     State     Zip

Federal and state law require that the owner state the mileage of a vehicle upon transfer of ownership. If you fail to complete this disclosure or provide a false statement, you may be subject to fines and/or imprisonment.

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge it reflects the actual mileage *unless one of the following statements is checked*:

DO NOT CHECK UNLESS APPLICABLE:
☐ The odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. Warning - odometer discrepancy.

ALL OWNERS MUST SIGN - Additional owners are listed to the right of the first owner above.

Under penalty of law, I certify the above odometer disclosure and transfer of ownership information is correct to the best of my knowledge; that I am the same person named above; and if signing for a business entity or trust, I have full authority to act upon behalf of the owner, whose name appears on the upper left side of this Title.

ALL OWNERS MUST SIGN.
Signature of First Owner or Agent of Owner (Transferor)   X
Printed name - must be the same as signature (do not type)

Signature of Additional Owner or Agent of Owner (if more than one)   X
Printed name - must be the same as signature (do not type)

Notice: notarization is only required for private sales from an individual to an individual. Vehicles sold to licensed dealerships are not required to be notarized.

NOTARY
State of _____ County of _____ Signed before me on (date) _____ Notary Stamp/Seal
by (Clearly print name of person requesting notary service) _____
Notary signature _____

BUYER
ACKNOWLEDGEMENT OF MILEAGE DISCLOSURE: I am aware of the above odometer certification made by the seller.
Signature of Buyer - only one signature is required   X
Printed name - must be the same as signature (do not type)



VEHICLE SERVICES BUREAU
P.O. BOX 201431
HELENA MT 59620-1431

CONTROL NO. **16915928**
(This is not a title number)



(REV. 11/2017)

KEEP IN A SAFE PLACE. ANY ALTERATION, USE OF CORRECTION FLUID OR ERASURE VOIDS THIS CERTIFICATE.

## INSTRUCTIONS – READ CAREFULLY

- Purchaser applying for title is required to complete and sign Section D. The purchaser must include their dealer license number, driver license (DL), federal tax identification number (FEIN), tribal identification number (Tribal ID) or corporate identification number (Corp ID). The title must be submitted to the County Treasurer within 40 days of purchase – failure to do so is a violation of MCA 61-3-220 and will result in a $10.00 penalty.
- The secured party must include their driver license, federal tax identification number, tribal identification number or corporate identification number.
- Licensed dealers may execute up to three transfers by completing Dealer Reassignment Sections A, B, and C. Insurance companies may execute one transfer by completing Section A. **WARNING: Federal and state law requires that you transfer ownership to your purchaser and enter the mileage in connection with the transfer – failure to do so or providing a false statement is a violation of state law and may result in fines and/or imprisonment.**
- Any alteration – use of correction fluid/erasure – voids this certificate.

---

### A — FIRST DEALER/INSURER REASSIGNMENT

For value received I, the undersigned dealer/insurer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) _____ Address _____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

> DO NOT CHECK UNLESS APPLICABLE
> ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
> ☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law **(MCA 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership or insurer.

Signature of dealer/insurer (sign in ink) _____ Printed name _____

Name of dealership/insurer _____ Dealer license number or DL/FEIN/Tribal ID/Corp ID _____

I am aware of the above odometer certification made by the dealer or insurer. Print business name _____

Date of sale _____ Signature of purchaser _____ Printed name (do not type) _____

---

### B — SECOND DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) _____ Address _____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

> DO NOT CHECK UNLESS APPLICABLE
> ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
> ☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law **(MCA 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) _____ Printed name _____

Name of dealership _____ Dealer license number _____

I am aware of the above odometer certification made by the dealer. Print business name _____

Date of sale _____ Signature of purchaser _____ Printed name (do not type) _____

---

### C — THIRD DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) _____ Address _____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

> DO NOT CHECK UNLESS APPLICABLE
> ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
> ☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law **(MCA 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) _____ Printed name _____

Name of dealership _____ Dealer license number _____

I am aware of the above odometer certification made by the dealer. Print business name _____

Date of sale _____ Signature of purchaser _____ Printed name (do not type) _____

---

### D — TITLE APPLICATION – SECURITY INTEREST ACKNOWLEDGMENT

I state that I have compared the manufacturer's vehicle/vessel identification number shown on the face of this certificate with the manufacturer's vehicle/vessel identification plate affixed to the vehicle/vessel and they agree in every particular. This vehicle/vessel is subject to the security interest(s) shown below. Write "NONE" if no security interest exists: _____

First Secured Party _____ Security Interest Date _____

Address _____ DL/FEIN/Tribal ID/Corp ID _____

Second Secured Party _____ Security Interest Date _____

Address _____ DL/FEIN/Tribal ID/Corp ID _____

I certify under penalty of law **(MCA 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my/our knowledge, information and belief, that I are the same person(s) named below in this purchaser(s) application, and if signing for a commercial entity or trust, I have full authority to do so.

Printed or typed name of purchaser/owner/business (1) _____ Printed or typed name of purchaser/owner (2) _____

| Mailing address - purchaser 1 | Residence address - purchaser 1 (must be street or rural route) | City or town | State | Zip |
|---|---|---|---|---|
| Mailing address - purchaser 2 | Residence address - purchaser 2 (must be street or rural route) | City or town | State | Zip |

Legal signature of purchaser/owner    Dealer License Number    DL/FEIN/Tribal ID/Corp ID purchaser (1)    DL/FEIN/Tribal ID/Corp ID purchaser (2)    Date
*(sign in ink, only one signature required)*