

# MONTANA SECRETARY OF STATE

**Return Method:** Email

June 28, 2019

DEER CREEK CORPORATE SERVICES INC.
415 N BENTON AVE
HELENA MT 59601

## CERTIFICATION LETTER

I, COREY STAPLETON, Secretary of State for the State of Montana, do hereby certify that

### Golden Exotics, LLC

filed its Articles of Organization with this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in this office, I hereby issue this certificate evidencing the filing is effective on the date shown below.

**Certified File Number:** C1124307 - 12787239
**Effective Date:** June 28, 2019

Your company's annual report is due by April 15th of next year and each consecutive year thereafter.

Thank you for being a valued member of the Montana business community. I wish you continued success in your endeavors.

*(signature)*

Corey Stapleton
Montana Secretary of State

 STATE OF MONTANA

12787239
Montana Secretary of State
Filed: June 28, 2019 04:08 PM
BID: C1124307

# Articles of Organization

Golden Exotics, LLC (C1124307)

# General Details

| | |
|---|---|
| Handling Option | 24 Hour Priority Handling |
| Delayed Effective Date | |
| Type of Limited Liability Company | Limited Liability Company |
| Business Entity Name | Golden Exotics, LLC |

## Registered Agent in Montana

| | |
|---|---|
| Entity Name | DEER CREEK CORPORATE SERVICES INC |
| Street Address | 415 N BENTON AVE, HELENA, Montana, 59601, United States |
| Mailing Address | PO BOX 1840, HELENA, Montana, 59624, United States |
| Registered Agent Type | Commercial |

The appointment of the registered agent listed above is an affirmation by the represented entity that the agent has consented to serve as a registered agent.
Yes

## Business Mailing Address of Principal Office

| | |
|---|---|
| Postal Address | PO Box 758, Anaconda, Montana, 59711, United States |
| Term | Perpetual |

## Managers/Members

| | |
|---|---|
| LLC Managed By | Members |

Individual

| | |
|---|---|
| **Name** | Kevin Thobias |
| **Status** | Active |
| **Business Mailing Address** | 415 N. Benton Ave PMB #2829, Helena, Montana, 59601, United States |

# Signature

I have been authorized by the business entity to file this document online.
Yes

I, HEREBY SWEAR AND/OR AFFIRM, under penalty of law, including criminal prosecution, that the facts contained in this document are true. I certify that I am signing this document as the person(s) whose signature is required, or as an agent of the person(s) whose signature is required, who has authorized me to place his/her signature on this document.
Yes

| | |
|---|---|
| **Name** | Dolores Treichler of Deer Creek Corporate Services, Inc. |
| **Position** | Organizer |
| **Date** | 06/28/2019 |

# Daytime Contact

| | |
|---|---|
| **Phone** | 877-913 5100 |
| **Email** | sos@llctlc.com |