UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>1:23-cv-22398</u>

_____

Golden Exotics, LLC

v.

UNITED STATES OF AMERICA,

U.S. DEPARTMENT OF HOMELAND

SECURITY

_____

**RULE 7.1(b)(2) REQUEST FOR HEARING**

Pursuant to <u>Local Rule 7.1(b)(2)</u>, Golden Exotics, LLC respectfully requests oral argument on its <u>Expedited Motion for Return of Seized Property Pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure, Dkt. No. 1</u>, as soon as such argument can reasonably be heard. Golden Exotics believes that the court's decision-making process would be significantly aided by oral argument on the issues outlined in the Motion, including the lawfulness of the seizure and the necessity for immediate return of the subject property. Golden Exotics estimates that thirty (30) minutes would be sufficient time to provide the Court with a full argument on the issues presented.

[Signature Page Follows]

Date: July 3, 2023

              Respectfully submitted,

              /s/ Jonathan Edderai
              Jonathan Edderai
              Florida Bar No. 124350
              Wolffers Cohen & Edderai, LLP
              1132 Kane Concourse, Suite 205
              Bay Harbor Islands, FL 33154
              jonathan@wolfferscohen.com
              Office: (786) 505-0431
              Fax: (786) 544-2619

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been sent to all counsel of record by certified mail, return receipt requested, facsimile or by messenger on this 3rd day of July, 2023.

/s/ Jonathan Edderai
Jonathan Edderai
Florida Bar No. 124350
Wolffers Cohen & Edderai, LLP
1132 Kane Concourse, Suite 205
Bay Harbor Islands, FL 33154
jonathan@wollfferscohen.com
Office: (786) 505-0431
Fax: (786) 544-2619