UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23- 22398-CIV-ALTONAGA/Damian

**GOLDEN EXOTICS, LLC**,

    Plaintiff,
v.

**UNITED STATES OF AMERICA**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* for Berwin Cohen, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 5]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Berwin Cohen may appear and participate in this action on behalf of Golden Exotics, LLC. The Clerk shall provide electronic notification of all electronic filings to Berwin Cohen, at berwin@wolfferscohen.com.

**DONE AND ORDERED** in Miami, Florida, this 5th day of July, 2023.

*[signature]*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record