# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 23-22398-CIV-ALTONAGA

Plaintiff:
**GOLDEN EXOTICS, LLC**

vs.

Defendant:
**UNITED STATES OF AMERICA,
U.S. DEPARTMENT OF HOMELAND SECURITY**

PPJ2023007187

For:
JONATHAN EDDERAI
WOLFFERS COHEN & EDDERAI LLP

Received by Prestige Process on the 29th day of June, 2023 at 2:46 pm to be served on **U.S. ATTORNEY'S OFFICE-CIVIL DIVISION 3RD FLOOR, 99 N.E. 4TH STREET, MIAMI, FL 33132**.

I, BERNIE GUTIERREZ, do hereby affirm that on the **30th day of June, 2023** at **12:37 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS, EXPEDITED MOTION FOR RETURN OF SEIZED PROPERTY PURSUANT TO RULE 41(G) OF THE FEDERAL RULES OF CRIMINAL ROCEDUREAND INCORPORATED MEMORANDUM OF LAW, WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE, EXHIBIT 1, EXHIBIT 2, EXHIBIT 3 AND RULE 7.1 DISCLOSURE STATEMENT** with the date and hour of service endorsed thereon by me, to: **Brett Geiger** as **Attoney** for **U.S. ATTORNEY'S OFFICE-CIVIL DIVISION 3RD FLOOR   at the address of:    99 N.E. 4TH STREET, MIAMI, FL 33132**   and informed said person of the contents therein, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
6/30/2023  12:37 pm  Served attorney, Brett Geiger, approximately 40 years of age male white descent 6 feet tall 200 pounds brown hair no glasses

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of  perjury, I declare that I have read  the foregoing document and the facts in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

*BERNIE GUTIERREZ*

**BERNIE GUTIERREZ**
CPS #10050

**Prestige Process
P.O Box 613634
Miami, FL 33261
(786) 916-2424**

Our Job Serial Number: PPJ-2023007187

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23cv22398 –Civ

*Plaintiff*

Golden Exotics, LLC

vs.

   *Defendant*.

UNITED STATES OF AMERICA, U.S. DEPARTMENT
OF HOMELAND SECURITY

## CERTIFICATE OF SERVICE

1. My name is Leiota Hutson. I am office manager at the law firm Wolffers Cohen & Edderai LLP with offices in New York, NY.

2. Golden Exotics, LLC is a client of Wolffers Cohen & Edderai LLP.

3. On June 29, 2023, upon the instruction of Jonathan Edderai, Esq. and on behalf of Golden Exotics LLC, I placed the following documents in the mail at the Post Office located at 93 4th Ave, NY 10003, to be sent via USPS Certified Mail to the following Defendants: Office of the General Counsel, U.S. Department of Homeland Security, 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528; Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001; US Attorney Office - Civil Division 3rd Floor; Southern District of Florida, 99 N.E. 4th Street, Miami, Fl. 33132

4. I printed and placed in a sealed envelope the following list of documents:
   1) Summons
   2) Civil Cover Sheet
   3) Expedited Motion
   4) Exhibit 1A
   5) Exhibit 1B
   6) Exhibit 2
   7) Exhibit 3
   8) Disclosure

5.  I received proof from the Post Office that this envelope was mailed by an officially stamped USPS Certified Mail receipt.

6.  I confirm that all of the above is true and accurate to the best of my knowledge. I make this statement under the penalty of perjury.


Dated: July 5, 2023               Respectfully submitted,


/s/ Leiota Hutson
Leiota Hutson


/s/ Berwin Cohen

Berwin Cohen, *pro hac vice*
berwin@wolfferscohen.com
Wolffers Cohen & Edderai LLP
14 E 4 St, Ste 501
New York, NY 10012
Telephone: (646) 807-8543
Facsimile: (646) 619-4358
Attorneys for Plaintiff Golden Exotics, LLC



# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20528

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee | $4 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $6.30 | |
| Total Postage and Fees $10.45 | 06/29/2023 |

Sent To: Office of the General Counsel, US Dept of Home. Sec.
Street and Apt. No., or PO Box No.: 245 Murray Lane, SW Mail Stop 0485
City, State, ZIP+4®: Washington, DC 20528-0485

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece.

IMPORTANT: Save this receipt for your records

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.



# U.S. Postal Service™
## CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530  OFFICIAL USE

| Certified Mail Fee | $4.15 | 0006 |
| --- | --- | --- |
| Extra Services & Fees *(check box, add fee as appropriate)* | | 89 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | Here |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $3.18 | |
| Total Postage and Fees | $7.33 | 06/29/2023 |

Sent To: Attorney General of the US, US Dept. of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave. NW
City, State, ZIP+4®: Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Postmark: JUN 29 2023, NEW YORK NY 10027, 96 4TH AVE, COPPER STATION

Tracking: 7022 2410 0001 3994 8679

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Miami, FL 33132    **OFFICIAL USE**

| Certified Mail Fee | $4.15 | 0006 89 |

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ ___
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $2.93

Total Postage and Fees $7.09

06/29/2023

**Sent To** US Attorney Office, Southern District of FL
**Street and Apt. No., or PO Box No.** 99 N.E. 4th Street, Civil Division 3rd Floor
**City, State, ZIP+4®** Miami, FL 33132

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047