UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-22398-CIV-ALTONAGA

**GOLDEN EXOTICS, LLC**,

    Plaintiff,
v.

**UNITED STATES OF AMERICA**; *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Defendants, United States of America and US Department of Homeland Security appear to have been served. (*See* Returns of Service [ECF No. 8]). To better manage the orderly progress of the case, it is

**ORDERED** that Defendants shall submit a single combined response or separate answers to the Complaint within the time allowed by the Rules.

**DONE AND ORDERED** in Miami, Florida, this 8th day of July, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record