AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>2018 Bugatti Chiron with vehicle identification number (VIN) VF9SP3V34JM795083, registered to Golden Exotics LLC | )<br>)<br>)  Case No. 23-610 (M)<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the __Miami, Florida__ District of __Southern Florida__ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

2018 Bugatti Chiron with vehicle identification number (VIN) VF9SP3V34JM795083, registered to Golden Exotics LLC

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before __6/14/2023__
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to __US Magistrate Judge on duty__
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __5/31/2023 at 12:00 p.m.__     _____
*Judge's signature*

City and state: __San Juan, Puerto Rico__     __US Magistrate Judge Bruce J. McGiverin__
*Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____<br><br>                                                                                   _____<br>                                                                                   *Executing officer's signature*<br><br>                                                                                   _____<br>                                                                                   *Printed name and title* |

## ATTACHMENT A

The United States seeks the authority to seize, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C); 982(a)(1); 982(a)(2)(B); 1030(i); 983;  21 U.S.C. § 853, and 28 U.S.C. § 2461(c), the vehicle, a 2018 Bugatti Chiron with vehicle identification number (VIN) VF9SP3V34JM795083, registered to Golden Exotics LLC, a limited liability company whose sole member is Kevin **THOBIAS**, in the custody of Customs and Border Protection Officers in the Port of Miami in Miami, Florida.