UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-22398-CIV-ALTONAGA/Damian

Golden Exotics, LLC,

        Plaintiff,

v.

United States of America; et. al.

        Defendants.

_____/

## UNITED STATES' CERTIFICATE OF INTERESTED PARTIES

The United States of America and United States Department of Homeland Security, through undersigned counsel, file this Certificate of Interested Parties in response to the Court's Order at ECF No. 10. Aside from any parties identified by Plaintiff, the following is a list of persons and entities known to the Defendants, who have a financial interest in the outcome of this case:

1. United States of America, Defendant

2. United States Department of Homeland Security, Defendant

                Respectfully submitted,

                W. STEPHEN MULDROW
                United States Attorney

      By:    */s/Myriam Y. Fernández-González*
               Myriam Y. Fernández-González
               Assistant United States Attorney
               DPR Court ID No. 218011
               Myriam.Y.Fernandez@usdoj.gov
               Torre Chardón, Suite 1201
               350 Carlos Chardón Street
               San Juan, Puerto Rico 00918
               Tel. (787) 766-5656;
               Fax. (787) 771-4049