UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ALTONAGA/DAMIAN

CASE NO. 1:23-cv-22398-CMA

Golden Exotics, LLC

Plaintiff,

v.

United States of America,

U.S. Department of Homeland Security

Defendant.

_____/

**PLAINTIFF GOLDEN EXOTICS, LLC'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Golden Exotics, LLC, by and through its undersigned attorneys, herewith files this Certificate of Interested Parties and states:

1. Golden Exotics, LLC;
2. Mr. Kevin Thobias.

    */s/ Jonathan Edderai*
    Jonathan Edderai
    Florida Bar No. 124350
    1132 Kane Concourse, Suite 205
    Bay Harbor Islands, FL 33154
    Telephone: (786) 505-0431
    Fax: (786) 544-0431
    jonathan@wolfferscohen.com
    Attorney for Plaintiff Golden Exotics, LLC

## Certificate of Service

I certify that on August 11, 2023, I electronically filed the foregoing document so that it is available from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

/s/ Jonathan Edderai